UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

*SCAN ONLY*

Case No.   CV 00-07054 RSWL (AN)         Dated and filed on:  July 10, 2000

Title:    Rory C. Folsom v. William A. Duncan

==================================================================

**DOCKET ENTRY**

==================================================================

PRESENT: **HON. ARTHUR NAKAZATO,   U. S. MAGISTRATE JUDGE**

Melissa Cash                                    None
Deputy Clerk                                    Court Reporter

**MINUTE ORDER**
(In Chambers - No Appearances)

**PROCEEDINGS:**

    Request to Proceed In Forma Pauperis, filed June 28, 2000, in
connection with Petition for Writ of Habeas Corpus (the "Request").

**RULINGS:**

    In his Declaration in Support of Request to Proceed In Forma Pauperis,
petitioner indicates that he is employed and earning a salary of $52.50 per
month and that he currently has $300.00 in his prison account.
Accordingly, petitioner has sufficient funds to pay the $5.00 filing fee
and the Request is DENIED.  Petitioner shall pay the $5.00 filing fee **on or
before August 11, 2000.**

    IT IS SO ORDERED.


cc:   JUDGE LEW
      All Parties

Folsom.min.wpd                              Initials of Deputy Clerk _____

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATE: 7-10-00

DEPUTY CLERK