

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2000

CENTRAL DISTRICT OP CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In the Matter of the Creation of a Calendar )<br><br>for )<br><br>Magistrate Judge<br>Stephen G. Larson ) | ORDER OF THE CHIEF MAGISTRATE JUDGE<br><br>CV 00 - 7054 RSWL(AN)<br><br>00    10 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Magistrate Stephen G. Larson,

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of Magistrate Judge Arthur Nakazato to the calendar of Magistrate Judge Stephen G. Larson for all further proceedings:

| | |
|---|---|
| CV 99-11556-NM(AN) | Shalanta Renee Quinn v. Felca |
| CV 00-1998-ABC(AN) | Edwin O. Smith v. Tom Carey |
| CV 00-2410-MMM(AN) | Duane Cotton v. R. A. Castro |
| CV 00-2861-GHK(AN) | Keishun V. Howard v. R.A Castro |
| CV 00-4902-ABC(AN) | Kenneth Moore v. A.A. Lamarque |
| CV 00-5705-NM(AN) | Laurie Summers v. K.S. Apfel |
| CV 00-6143-SVW(AN) | Robert A. Vann v. Tracie Magana |
| CV 00-6532-CM(AN) | Joseph M. Seide v. Ernie Roe |
| CV 00-7054-RSWL(AN) | Rory C. Folsom v. Wm. A. Duncan |
| CV 00-7648-DT(AN) | Jose Huitron Amador v. Janet Reno |
| CV 00-7795-GAF(AN) | Corey D. Jordan v. Shirley S. Chater |
| CV 00-7877-CM(AN) | Ordris L. Smith v. Comm'r., SS |
| ED 00-330-VAP(AN) | Anthony Lee Turner v. George M. Galaza |
| ED 00-596-RT(AN) | Robert C. Lyle v. K.S. Apfel |
| SA 00-369-DOC(AN) | Sari Hultberg-Manoff v. K.S. Apfel |

Dated: September 29, 2000

_____
Chief Magistrate Judge Robert N. Block

⑤

ENTERED ON ICMS 10/3/00