Priority ✗
Send ✗
Enter ✗
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

**Case No.**    CV00-7054-RSWL(AN)          **Date** September 29 2000

**Title:**          RORY C. FOLSOM v. WM A. DUNCAN

-------------------------------------------------------------------------------------------------------

**PRESENT: THE HONORABLE    STEPHEN G. LARSON  MAGISTRATE JUDGE**

|  James Munoz  |                              |            |
| Deputy Clerk  | Court Reporter / Recorder    | Tape No.   |

**PROCEEDINGS:** (IN CHAMBERS) NOTICE OF TRANSFER OF CASE

IT IS ORDERED by the Chief Magistrate Judge of this District that the above referenced case be and hereby is transferred to Magistrate Judge Stephen G. Larson for the creation of his calendar and for such further proceedings as assigned.

Because for  this new assignment the case number must now reflect the initials of the new magistrate judge and should therefore read as follows: **CV00-7054-RSWL(SGL)**
This is very important because all documents are routed to the judges by means of the initials.

Initials of Preparer___JM___

CV-90 (10/98)                          CIVIL  MINUTES  -  GENERAL



