## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

### CIVIL MINUTES-GENERAL

**Case No.**   CV 00-07054 RSWL  (SGL)                    Date  January 19, 2001

**Title:**  RORY C FOLSOM -v- WILLIAM A. DUNCAN

**PRESENT·  THE HONORABLE STEPHEN G. LARSON MAGISTRATE JUDGE**

James Munoz
Deputy Clerk

ATTORNEYS PRESENT FOR PETITIONER:                    ATTORNEYS PRESENT FOR
                                                      RESPONDENT:
No Appearance                                         No Appearance

**PROCEEDINGS: (In Chambers)**

   **Counsel are hereby notified** that effective January 16, 2001, the Honorable Stephen G Larson, United States Magistrate Judge, will be located at the address listed below.

### UNITED STATES DISTRICT COURT
**3470 Twelfth Street**
**Riverside, California 92501**
**Courtroom 1, 2nd Floor**

### ALL SCHEDULED HEARINGS WILL BE HELD AT SAID LOCATION

   Documents may be filed in either (1) the clerk's office, room 134, 1st floor, Riverside, California, 92501, (2) the clerk's office, 312 N. Spring Street, Room G-19, in Los Angeles, CA 90012, or (3) the clerk's office, Ronald Reagan Federal Building, 411 W. Fourth Street, Santa Ana, CA 92701

To reach the clerk's office, please call (909) 328-4450.
To reach Courtroom Deputy to Magistrate Larson, please call James Munoz at (909) 328-4464



ENTER ON ICMS

JAN 1 9 2001

Initials of Preparer