Priority
Send ☒
Enter ――
Closed ――
JS-5/JS-6 ――
JS-2/JS-3 ――
Scan Only ――

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Case No.  **CV 00-7054-RSWL  (SGL)**                    Date: **March 14, 2001**

Title:  **Rory C. Folsom v. William A. Duncan**

========================================================================
**DOCKET ENTRY**
========================================================================

PRESENT:

**HON. STEPHEN G. LARSON, UNITED STATES MAGISTRATE JUDGE**

James Munoz                      N/A
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                             None Present

**PROCEEDINGS:  (IN CHAMBERS)**

Pursuant to this Court's Order dated January 8, 2001, petitioner was required to file his traverse to respondent's answer on or before February 19, 2001.  To date the Court has not received the traverse.

Petitioner is ORDERED to file his traverse within 30 days of the date of this Order.  Thereafter, the Court will take this matter under submission without oral argument.  Federal Rule of Civil Procedure 78.

Petitioner is advised that a failure to comply with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, or a Court Order may result in the imposition of sanctions and/or dismissal of the case.

Rory C. Folsom                   Carla A. Ford
California Mens Colony-East       Assistant U.S. Attorney
P.O. Box 8101                    300 North Los Angeles Street
San Luis Obispo, CA 93409-8101   Room 7516
                                 Los Angeles, CA 90012

MAR 2 0 2001

ENTERED ON ICMS

MAR 2 0 2001

Initials of Deputy Clerk ___

MINUTES FORM 11
CIVIL-GEN