

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U S DISTRICT COURT

JUN 13 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
JUN 15 2001
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY C. FOLSOM,<br><br>                    Petitioner,<br><br>          vs.<br><br>WILLIAM A. DUNCAN, Warden,<br><br>                    Respondent. | NO. CV 00-07054-RSWL (SGL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: ____JUN 1 3 2001____

*RONALD S. W LEW*

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE

ENTER ON ICMS

JUN 15 2001

Prepared by:

_____
STEPHEN G. LARSON
UNITED STATES MAGISTRATE JUDGE

✓ Docketed
__ Copies / NTC Sent
__ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD