

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S DISTRICT COURT

JUN 13 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RORY C. FOLSOM,                    )    NO. CV 00-07054-RSWL (SGL)
                                   )
              Petitioner,          )
                                   )    J U D G M E N T
        vs.                        )
                                   )
WILLIAM A. DUNCAN, Warden,         )
                                   )
              Respondent.          )
_____)

     Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.


DATED: _____JUN 1 3 2001_____


                                   _RONALD S W LEW_

                                   _____
                                   RONALD S.W. LEW
                                   UNITED STATES DISTRICT JUDGE

Prepared by:

_____
STEPHEN G. LARSON
UNITED STATES MAGISTRATE JUDGE

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD



ENTER ON ICMS

JUN 15 2001