Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   CV 00-7054-RSWL (SGL)                    Date: June 28, 2001

Title:   Rory C. Folsom v. William A. Duncan
===================================================================
DOCKET ENTRY
===================================================================
PRESENT:   HON. STEPHEN G. LARSON, UNITED STATES MAGISTRATE JUDGE

        James Munoz                    N/A
        Deputy Clerk        -        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS          ATTORNEYS PRESENT FOR DEFENDANTS.
     None Present                              None Present

PROCEEDINGS:   (IN CHAMBERS)

     This Court has received and reviewed petitioner's correspondence dated June 19, 2001, which was referred to this Court for disposition pursuant to a minute order issued by the Hon. Ronald S.W. Lew, United States District Court, dated June 25, 2001.

     Petitioner asserts in his letter to the Court that his objections to this Court's Report and Recommendation were not considered by either this Court or the District Court judge prior to the issuance of the Judgment. Petitioner is mistaken. Petitioner's objections to the Report and Recommendation were filed on June 7, 2001. On June 11, 2001, the Magistrate Judge, after fully reviewing petitioner's objections, notified the District Court judge that petitioner had in fact filed objections, but the objections had not caused a substantive revision to the original Report and recommendation. However, a Final Report and Recommendation was submitted to the District Court on June 11, 2001, which addressed petitioner's objections, and it was this Final Report and Recommendation which was ultimately adopted by the District Court in its Judgment dated June 13, 2001, following its independent review of the petition.

     Petitioner's correspondence, which he urges the Court to construe as a Motion for Reconsideration, is **DENIED**.

ENTER ON ICMS

JUL - 6 2001

MINUTES FORM 11
CIVIL-GEN                                   Initials of Deputy Clerk _____