Case 2:00-cv-07054-RSWL-SGL   Document 27   Filed 01/09/02   Page 1 of 2   Page ID #:26



FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT



FILED

DEC 2 6 2001

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RORY C. FOLSOM,

    Petitioner - Appellant,

v.

WILLIAM A. DUNCAN,

    Respondent - Appellee.

No. 01-56270

D.C. No. CV-00-07054-RSWL
Central California    A-N

ORDER

LODGED
CLERK, U.S. DIST...

JAN - 9

CENTRAL DISTRICT OF C..
BY

Before: TROTT and PAEZ, Circuit Judges

    The request for a certificate of appealability is denied. *See* 28 U.S.C.

§ 2244(d)(1).

S:\RESEARCH\COA's\Orders\GJ\0156270.wpd



ENTER ON ICMS

JAN 1 0 2002

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 2 6 2001

by
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
01-56270 Folsom v. Duncan

RORY C. FOLSOM                         Rory C. Folsom
        Petitioner - Appellant        CDC D-29621
                                      [COR LD NTC prs]
                                      SAN LUIS OBISPO STATE PRISON
                                      California Men's Colony
                                      P.O. Box 8101
                                      San Luis Obispo, CA 93409


    v.

WILLIAM A. DUNCAN                      Helen E. Hesse, Esq.
        Respondent - Appellee         213/897-2000
                                      Suite 500
                                      [COR LD NTC dag]
                                      OFFICE OF THE CALIFORNIA STATE
                                      ATTORNEY GENERAL
                                      300 So. Spring Street
                                      Los Angeles, CA 90013

Docket as of August 20, 2001 11:18 pm                Page 2    NON-PUBLIC