**Priority** ✓
**Send** ✓
**Enter** ___
**Closed** ✓
**JS-5/JS-6** ___
**JS-2/JS-3** ___
**Scan Only** ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - APPEALS

Case No:  CV 00-07054-RSWL                    Date :  January 9, 2002

Court of Appeals No.  01-56270

Title:  RORY C. FOLSOM vs. WILLIAM A. DUNCAN

---

PRESENT: THE HONORABLE RONALD S.W. LEW, U.S. DISTRICT JUDGE

Jovita P. Ilagan                         N/A
Courtroom Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
    Not present                              Not present

PROCEEDINGS:    **FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

___ IN COURT        X_ IN CHAMBERS (No hearing necessary)      X_ COUNSEL NOTIFIED

The Court ORDERS that the mandate of the Ninth Circuit Court of Appeals:

___ Affirming ___ Remanding         ___ Reversing and Remanding

___ Affirming in part, reversing in part    ___ Dismissing Appeal

 X  Other: Denying request for a certificate of appealability

is hereby filed and spread upon the minutes of this District Court.


___ The record reflects that costs of the prevailing party were taxed by
    Ninth Circuit Court of Appeals in the amount of $_____ on _____.

___ The Case is set for further proceedings as to_____ on _____ at _____.


MINUTE FORM CV 48
CIVIL MINUTES - APPEALS



Initial of Deputy Clerk ____

ENTER ON ICMS

JAN 10 2002